IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER TROUT, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL J. ASTRUE[1], | : | |
| Commissioner of Social Security, | : | |
|     Defendant | : | NO. 10-6530 |

**FILED**
AUG 1 8 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

JOHN R. PADOVA, J.

AND NOW, this 18th day of August, 2011, upon consideration of the plaintiff's request for review, and defendant's response to request for review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED in part;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

It is so ORDERED
BY THE COURT:

_____
JOHN R. PADOVA, J.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 14, 2007. Pursuant to Fed. R. Civ. Pr. 25(d)(1), he is automatically substituted for Jo Anne B. Barnhart as defendant in this matter.